1  MCGUIREWOODS LLP
   SABRINA A. BELDNER, SBN 221918
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4  sbeldner@mcguirewoods.com

5  Attorneys for Defendant
   Network Management Group, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 KRIS NILSEN,                    CASE NO. CV 06-07850 JW (HRL)

12         Plaintiff,              The Hon. James Ware
                                   Courtroom 8
13     vs.
                                   **[JAMS Case No. 1100010540]**
14 NETWORK MANAGEMENT
   GROUP, INC.,                    **DEFENDANT NETWORK
15                                 MANAGEMENT GROUP, INC.
           Defendant.             AND PLAINTIFF KRIS NILSEN'S
16                                 JOINT STATUS REPORT AND
                                   STIPULATION TO CONTINUE
17                                 THE NOVEMBER 19, 2007 STATUS
                                   CONFERENCE; [PROPOSED]
18                                 ORDER**

19

20                                 Status Conference: November 19, 2007
                                   Time:              10:00 a.m.
21                                 Location:          Courtroom 8

22

23

24

25

26

27

28

4826559.1

1    Defendant Network Management Group, Inc. ("Defendant") and Plaintiff Kris

2 Nilsen ("Plaintiff") (collectively "Parties") hereby submit the following Joint Status

3 Report and Proposed Stipulation to Continue the November 19, 2007 Status

4 Conference to the Honorable James Ware, United States District Court Judge for the

5 Northern District of California.  The Parties hereby stipulate as follows:

6    On May 17, 2007, this Court ordered the Parties to resolve this matter in

7 accordance with the terms of their arbitration agreement.  On or about June 21,

8 2007, the Hon. Ellen Sickles James agreed to serve as the arbitrator in this matter.

9 On July 20, 2007, a pre-arbitration conference call was held and preliminary details

10 of Plaintiff's claims were discussed.  The Parties submitted additional documentary

11 evidence to Judge James pursuant to her request, and without any explanation, Judge

12 James abruptly recused herself from this matter on August 6, 2007.[1]

13    In late August 2007, the Parties selected Michael J. Loeb to serve as

14 arbitrator.  A pre-arbitration telephone conference was held on September 24, 2007.

15 The Parties agreed to meet and confer regarding a discovery schedule, and a follow-

16 up telephone conference was scheduled for October 24, 2007.  In the interim time

17 frame, the Parties communicated and agreed to a limited discovery schedule, which

18 includes the deposition of several relevant witnesses by Plaintiff and the mutual

19 production of certain relevant documents.

20    On October 24, 2007, the Parties held another pre-arbitration conference call

21 with Arbitrator Loeb.  Both Parties agreed to schedule the relevant depositions as

22 soon as practicable, and agreed to exchange relevant documents within a reasonable

23 time frame prior to the arbitration.  The Parties also agreed that despite their efforts

24 to advance this matter to arbitration, procedural hurdles and unexpected obstacles

25

26 _____

27    [1] Prior to Arbitrator James' selection and recusal, the parties had mutually
agreed to another arbitrator (Rebecca Westerfield), who declined to hear this matter.

28

1  have rendered the Parties unable to complete this arbitration prior to November 19,

2  2007, the date this matter is set for a status conference before this Court.

### Time Estimate for Completion of Arbitration

4        The Parties reasonably estimate that an additional ninety (90) days are

5  necessary to complete the agreed-upon pre-arbitration discovery and to conduct the

6  arbitration of this matter.

### Request for Continuance of November 19, 2007 Status Conference

8        In order to conserve judicial resources and the resources of the Parties, the

9  Parties respectfully request that the Court continue the November 19, 2007 status

10 conference for a period of 90 days so that the Parties may complete the arbitration of

11 this matter.

13 DATED: November *October* 26, 2007

15                      By: _____

16                             Kris Nilsen

17                             In Pro Per

19 DATED: November *October* 29, 2007    MCGUIREWOODS LLP

21                      By: _____

22                             Sabrina A. Beldner

23                             Attorneys for Defendant Network
                                   Management Group, Inc.

# [~~PROPOSED~~] ORDER

After considering the information presented to the Court in the Joint Status Report and Stipulation to Continue the November 19, 2007 Status Conference, submitted jointly by Defendant Network Management Group, Inc. ("Defendant") and Plaintiff Kris Nilsen ("Plaintiff"),

IT IS HEREBY ORDERED as follows:

(1) The status conference in this matter that was previously set for November 19, 2007, at 10:00 a.m. is continued to _____February 25___, 2008 at 10 AM, and

(2) This action is stayed pending the completion of arbitration.

Dated: _November 5, 2007_____

Hon. James Ware

United States District Court Judge

3

1

## PROOF OF SERVICE

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        I am employed in the County of Los Angeles, State of California.  I am over
the age of eighteen years and not a party to the within action; my business address is
4 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

5        On October 29, 2007, I served the following document(s) described as
**DEFENDANT NETWORK MANAGEMENT GROUP, INC. AND**
6 **PLAINTIFF KRIS NILSEN'S JOINT STATUS REPORT AND**
**STIPULATION TO CONTINUE THE NOVEMBER 19, 2007 STATUS**
7 **CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action
by placing true copies thereof enclosed in sealed envelopes addressed as follows:

8

        Kris Nilsen, In Pro Per
9        P. O. Box 3202
        Saratoga, CA 95070

10

☒       **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and
11       processing correspondence for mailing with the United States Postal Service.
        Under that practice, it would be deposited with the United States Postal
12       Service that same day in the ordinary course of business.  Such envelope(s)
        were placed for collection and mailing with postage thereon fully prepaid at
13       Los Angeles, California, on that same day following ordinary business
        practices.  (C.C.P. § 1013 (a) and 1013a(3))

14

☐       **BY FACSIMILE:**  At approximately _____, I caused said document(s) to be
15       transmitted by facsimile pursuant to Rule 2008 of the California Rules of
        Court.  The telephone number of the sending facsimile machine was (310)
16       315-8210.  The name(s) and facsimile machine telephone number(s) of the
        person(s) served are set forth in the service list.  The document was
17       transmitted by facsimile transmission, and the sending facsimile machine
        properly issued a transmission report confirming that the transmission was
18       complete and without error.

19 ☐     **BY OVERNIGHT DELIVERY:**  I deposited such document(s) in a box or
        other facility regularly maintained by the overnight service carrier, or
20       delivered such document(s) to a courier or driver authorized by the overnight
        service carrier to receive documents, in an envelope or package designated by
21       the overnight service carrier with delivery fees paid or provided for,
        addressed to the person(s) served hereunder.  (C.C.P. § 1013(d)(e))

22

        I declare that I am employed in the office of a member of the bar of this Court
23 at whose direction the service was made.

24        Executed on October 29, 2007, at Los Angeles, California.

25

26               /s/ Sabrina A. Beldner
               SABRINA A. BELDNER, ESQ.
27

28