```
1  MCGUIREWOODS LLP
   SABRINA A. BELDNER, SBN 221918
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4  sbeldner@mcguirewoods.com

5  Attorneys for Defendant
   Network Management Group, Inc.
```

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS NILSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>NETWORK MANAGEMENT GROUP, INC.,<br><br>  Defendant. | CASE NO. CV 06-07850 JW (HRL)<br><br>The Hon. James Ware<br>Courtroom 8<br><br>[JAMS Case No. 1100010540]<br><br>**DEFENDANT NETWORK MANAGEMENT GROUP, INC. AND PLAINTIFF KRIS NILSEN'S JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE FEBRUARY 25, 2008 STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>Status Conference: February 25, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 8 |

*/s/ James Ware*

Defendant Network Management Group, Inc. ("Defendant") and Plaintiff Kris Nilsen ("Plaintiff") (collectively "Parties") hereby submit the following Joint Status Report and Proposed Stipulation to Continue the February 25, 2008 Status Conference to the Honorable James Ware, United States District Court Judge for the Northern District of California. The Parties hereby stipulate as follows:

### Time Estimate for Completion of Arbitration

The parties are arbitrating this matter before JAMS Arbitrator Michael Loeb in San Jose, California on February 13, 14 and 15, 2008. The Parties anticipate completing the arbitration on February 15, 2008. Pursuant to JAMS Employment Arbitration Rules & Procedures, an award shall issue within thirty (30) calendar days after the close of the hearing.

### Request for Continuance of February 25, 2008 Status Conference

In order to conserve judicial resources and the resources of the Parties, the Parties respectfully request that the Court continue the February 25, 2008 status conference for sixty (60) days so that the Parties may complete the arbitration of this matter and obtain a ruling from the Arbitrator.

DATED: February 10, 2008

By: _____
Kris Nilsen
In Pro Per

DATED: February 14, 2008    MCGUIREWOODS LLP

By: _____
Sabrina A. Beldner / SW
Attorneys for Defendant Network Management Group, Inc.

# [PROPOSED] ORDER

This case was ordered to arbitration on May 17, 2007. To date, the parties have not completed their arbitration. The parties represent that their final session with JAMS was on February 15, 2008 and that under JAMS procedures, a ruling will be issued within thirty days which will be around mid-March. To accommodate the parties' efforts, the Court continues the Status Conference presently set for February 25, 2008 to **April 7, 2008 at 10 A.M.** If a Stipulated Dismissal is not filed by **March 28, 2008**, the parties shall file a Joint Statement and inform the Court as to why this case should not be dismissed since it has been ordered to arbitration. This is a 2006 case. The Court has a strong desire the clear its docket. The parties shall make a good faith effort to close this case immediately following a ruling by JAMS.

Dated: February 20, 2008

_____
JAMES WARE
United States District Judge