**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS NILSEN,<br><br>      Plaintiff,<br><br>vs.<br><br>NETWORK MANAGEMENT GROUP, INC.,<br><br>      Defendant. | CASE NO. CV 06-07850 JW (HRL)<br><br>The Hon. James Ware<br>Courtroom 8<br><br>**[JAMS Case No. 1100010540]**<br><br>[PROPOSED] ORDER<br><br>Status Conference: April 7, 2008<br>Time:            10:00 a.m.<br>Location:       Courtroom 8 |

After considering the information presented to the Court in the Joint Status Report and Stipulation to Continue the April 7, 2008 Status Conference, submitted jointly by Defendant Network Management Group, Inc. ("Defendant") and Plaintiff Kris Nilsen ("Plaintiff"),

IT IS HEREBY ORDERED as follows:

(1) The status conference in this matter that was previously set for April 7, 2008, at 10:00 a.m. is continued to **July 7, 2008 at 10 a.m.**

///

///

(2) This action is stayed pending submission of Defendants' Petition to Confirm Arbitration Award and pending final resolution of this case.

Dated: __April 1, 2008__    _____/s/ James Ware_____
Hon. James Ware
United States District Court Judge


Submitted by:

MCGUIREWOODS LLP


By:   /s/ Sabrina A. Beldner
      Sabrina A. Beldner, Esq.

Attorneys for Defendant
Network Management Group, Inc.

5241013.1